FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

KAREEM R. EDMOND,                    )    Case No. CV 05-6044-VBF  (OP)
                                     )
12                                   )    ORDER ADOPTING FINDINGS,
              Petitioner,            )    CONCLUSIONS, AND
                                     )    RECOMMENDATIONS OF
13        vs.                        )    UNITED STATES MAGISTRATE
                                     )    JUDGE
14   JOHN C. MARSHALL, Warden,       )
                                     )
15                                   )
              Respondent.            )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

19   records and files herein, the Report and Recommendation of the United States

20   Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs

21   with and adopts the findings, conclusions, and recommendations of the Magistrate

     Judge.
22
     / / /
23
     / / /
24
     / / /
25
26
27
28

1   IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

2   Report and Recommendation; and (2) denying the Petition and dismissing this action

3   with prejudice.

4

5   DATED: ___9-14-09___ _____

6                                   HONORABLE VALERIE BAKER FAIRBANK
                                    United States District Judge

7

8   Prepared by:

9

10  _____
    HONORABLE OSWALD PARADA

11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28