LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM R. EDMOND, | Case No. CV 05-6044-VBF (OP) |
| Petitioner, | J U D G M E N T |
| vs. | |
| JOHN C. MARSHALL, Warden, | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____9-14-06_____

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge